**STATE**

v.

**Claire O'COIN.**

**No. 80–61–C.A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

McKinnon & Fortunato, Amy R. Tabor, Pawtucket, for defendant.

**ORDER**

The state's motion to change the assignment date for oral argument is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

**·STATE**

v.

**Vincent POPE.**

**No. 77–449–C.A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Robert B. Mann, Providence, for defendant.

**ORDER**

The motion for counsel fee and costs is granted and counsel for defendant, Robert B. Mann, is hereby awarded the sum of $830 for services rendered in the prosecution of defendant's appeal and for costs incidental thereto.

BEVILACQUA, C. J., and DORIS, J., did not participate.

■

**W. Edward WOOD, Director of the Department of Environmental Management**

v.

**B. Albert FORD et al.**

**No. 80–424–M.P.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Sean O. Coffey, Chief Legal Counsel, Department of Environmental Management, Providence, for petitioner.

John S. Foley, Spec. Asst. Atty. Gen., Frank Caprio, Providence, for respondents.

**ORDER**

The petitioner's motion for stay of the Superior Court judgment pending a decision on the petition for certiorari is granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.